DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for United States of America

ORIGINAL FILED

AUG 22 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

VKD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REQUEST FROM THE DISTRICT COURT OF LUGANO, SWITZERLAND FOR INFORMATION FROM OATH HOLDINGS INC.<br><br>RE Marta Jankovska v. PKB Privatbank S.A., REF NO. OR.2016.233 | CV-19 MISC. NO. 80208 MISC<br><br>**APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

APPLICATION FOR ORDER PURSUANT
TO 28 U.S.C. § 1782

The United States of America petitions this Court for an order pursuant to 28 U.S.C. § 1782 and on its own inherent authority appointing Assistant United States Attorney Michael T. Pyle as Commissioner to collect evidence from a witness within the jurisdiction of this Court, and to take such other action as is required to execute the request made by the District Court of Lugano, Switzerland for information from Oath Holdings Inc. The United States of America petitions this Court to sign the accompanying proposed order.

Dated: August 22, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

By: *(signature)*

MICHAEL T. PYLE
Assistant U.S. Attorney
Attorneys for United States of America

APPLICATION FOR ORDER PURSUANT
TO 28 U.S.C. § 1782                                1