DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
Email: michael.t.pyle@usdoj.gov

Attorneys for United States of America

FILED

AUG 22 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV-19 80208 MISC VKD

REQUEST FROM THE DISTRICT COURT ) MISC. NO.
OF LUGANO, SWITZERLAND FOR )
INFORMATION FROM OATH HOLDINGS ) **DECLARATION OF AUSA MICHAEL T. PYLE**
INC. ) **IN SUPPORT OF APPLICATION FOR ORDER**
) **PURSUANT TO 28 U.S.C. § 1782**
)
RE Marta Jankovska v. PKB Privatbank S.A.., )
REF NO. OR.2016.233 )
)

I, Michael T. Pyle, declare:

1. I am an Assistant United States Attorney in the Northern District of California.

2. This declaration is submitted in support of the United States' application for an order pursuant to 28 U.S.C. § 1782 concerning a request made by the District Court of Lugano, Switzerland for information from Oath Holdings Inc. ("Oath Holdings").

3. By means of an e-mail I sent on June 27, 2019 to the legal process e-mail for Oath Holdings (legal.poc@verizonmedia.com), I sent Oath Holdings a letter asking whether Oath Holdings would provide the requested information voluntarily. A true and correct copy of my June 27, 2019 e-mail and letter is attached to my declaration as Exhibit 1. My e-mail enclosed a copy of the letter of request (only the English translation) made by the District Court of Lugano, Switzerland. A true and correct copy of the entire letter of request is attached to my declaration as Exhibit 2.

4. Although my letter had requested a response from Oath Holdings by July 16, 2019, I did not receive any response by that date. However, on August 13, 2019, I received an e-mail from Oath

DECLARATION OF MICHAEL T. PYLE IN SUPPORT OF APPLICATION FOR ORDER PURSUANT
TO 28 U.S.C. § 1782                                  1

Holdings stating that the request should be sent to a system for law enforcement submissions. A true and correct copy of this e-mail is attached to my declaration as Exhibit 3. After reviewing the e-mail, I believed that Oath Holdings had misconstrued the request, perhaps thinking I was an AUSA in the criminal division seeking information for a criminal matter. On August 15, 2019, I sent an e-mail to both the legal process e-mail for Oath Holdings and the law enforcement inquires e-mail for Oath Holdings (lawenforcement-inquiries@verizonmedia.com) enclosing an August 15, 2019 letter in which I clarified that I am a Civil, not Criminal, AUSA, and that the Swiss litigation is a civil and not criminal matter. A true and correct copy of my e-mail and letter are attached as Exhibit 4 to my declaration.

5. Later in the day on August 15, 2019, I received a response from Oath Holdings stating: "Greetings, You will need a subpoena. Oath Holdings Inc. ("Oath") (formerly Yahoo Holdings, Inc.) accepts service of valid legal process via one of the means below." The e-mail provides an address in Sunnyvale, California for Oath Holdings and states service by Federal Express or Certified Mail would be acceptable. A true and correct copy of this e-mail is attached as Exhibit 5 to my declaration.

6. Attached as Exhibit 6 to my declaration is the form of subpoena I plan to serve on Oath Holdings if the Court signs the accompanying proposed order. I would need to add the case number and sign the subpoena, and I would give Oath Holdings at least 30 days to respond to the subpoena. The subpoena is not requesting the content of any e-mail communication from Oath Holdings.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on August 22, 2019, at San Jose, California.

By: *Michael T. Pyle*
MICHAEL T. PYLE

DECLARATION OF MICHAEL T. PYLE IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782      2